THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH B. EAKINS, Appellant, *v.* THEODORE ROOSEVELT et al., as Police Commissioners, Respondents.

*People ex rel.* v. *Roosevelt*, 14 Misc. Rep. 531, affirmed.
(Argued April 6, 1896; decided April 21, 1896.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made December 2, 1895, which affirmed an order of Special Term denying an application for a writ of peremptory mandamus.

*Elihu Root* for appellant.

*David J. Dean* for respondents.

Order affirmed, with costs; no opinion.
All concur, except O'BRIEN, J., dissenting.

---

In the Matter of the Judicial Settlement of the Accounts of CHARLES J. AHRENFELDT, as Executor, etc., Respondent; FREDERIKA OHRTMANN et al., Appellants.

*In re Account of Ahrenfeldt*, 91 Hun, 638, affirmed.
(Argued April 6, 1896; decided April 21, 1896.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made September 9 1895, which affirmed an order of the Surrogate's Court of Kings county striking out objections to an executor's accounts.

*Nathan Ottinger* for appellants.

*David Willcox,* for respondent.

Order affirmed, with costs; no opinion.
All concur.